Entered: April 2nd, 2026
Signed: April 1st, 2026

**SO ORDERED**



_____
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–12646 – LSS**    Chapter: **13**

**Fikirte Haileselassie**
Debtor

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLETE REQUIRED FILINGS
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated March 16, 2026, the Debtor was admonished to file:

- ☑ Chapter 13 Plan and Certificate of Mailing Plan to all creditors
- ☑ Credit Counseling Certificate
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Summary of Assets and Liab., Schedules A/B – J with Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☐
- ☐

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above–captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $313.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

15x06 (rev. 12/01/2015) – LisaLAAlexander